UNITED STATES DISTRICT COURT
10th CURCUIT
901 19th Street
DENVER, CO 80294

```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 5 2017

JEFFREY P. COLWELL
                    CLERK
```

SHAWN WILLIAM SCOTT
#484874
P.O. BOX 1108
DENVER, CO   80201
      v.

PATRICK FIRMAN
DENVER SHERIFF
DOCTOR CRUM
NURSE MANAGER
C. ROGERS
DENVER DOWNTOWN CENTER
490 WEST COLFAX AVE.
DENVER, CO 80204

'17 - CV - 01364

Civil Action No._____

## COMPLAINT 42 U.S.C. SECTION 1983

### I. JURISDICTION & VENUE

This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284, and Rule 656 of the Federal Rules of Civil Procedure

The 10th Circuit United States District Courts Denver Colorado is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to claim occurred. 901 19th Street Denver, CO 80294

### II. PLAINTIFF'S

Plaintiff, Shawn William Scott, is and was at all times mentioned herein a prisoner of the Denver Sheriffs Department, and in the Custody of the Denver Downtown Center Jail. He is currently in custody of the Denver Sheriff Departments Downtown Center. Denver Downtown Center 490 West Colfax Ave. DENVER, CO 80204(mailing address:P.O. Box 1108 Denver, CO 80201)

### III. DEFENDANT'S

Defendant's Patrick Firman Denver Sheriff is the Chief Sheriff for Denver Downtown Center. He is legally responsible for the overall operation of the Sheriff's Department. Including Shawn William Scott.
Defendant Dr. Crum is the head physician at Denver Downtown Center and in charge of over seeing medical decisions of people in the custody of Denver Downtown Center Including

Shawn William Scott.
Defendant C. Rogers Nurse Manager reviews kites and grievances.

## IV.
## FACTS

Prior to the assault on 3-5-17 I have tried to get into mental health program unit HAT program. As I know I has odd behavior. Talk to self, pace back and forth, paranoia, and delusions.
On March 5th of 2017 at roughly 10:00 pm I was awaiting Medication for Schizophrenia/Bi-polar/ADHD. When I was sitting down at a table in the living area of the cell and was assaulted I believe by another inmate. I was knocked unconscious and never saw who actually assaulted me. I was awaken by sheriffs who took me to medical, asked what happened and having not known was not treated by medical only comments I heard was I was in for a case of assault on peace officers and attempted murder of police officers and probably deserved it. Shortly after being moved housing units from 3-F-201 to 4-C about to hours both eyes swelled shut had nausea and horrible head ache and severe back pain and asked person they put me in with to ask Deputy sheriffs to take me to medical. **Estelle v. Gamble 429 U.S. 97 103(1976)**
Once at medical nurse staff called for a ambulance, and was taken to Denver Health. Where I was housed for next 3 days. The list of injuries to of been looked over by sheriffs is obviously malicious as to the clear and present need for immediate medical care. Injuries are as followed: *Three Fractured Vertebra in Back, Two Fractured Eye Orbitals, Both Eyes Swelled Shut, Bleeding On Brain, Choking Marks on Throat, Swallow Right Ear, Loss of Hearing in Right Ear. On 4-21-17 per ear, nose and throat specialist a 50% loss of permanent hearing as to this assault. And severe back pain which has been blown off by Medical staff in back. While in hospital Dr's said it would be a permanent injury as arthritis could settle in and fractured bones on a major structural bone cause permanent pain.* **Estelle v. Gamble 429 U.S. 97 103(1976)**
*I also would like to state that I being a mental health client that Mental health only gives some psychotropic medication not all(adderall, and wellbutrin) I have very annoying personality traits. And have made request to ber in mental health program while court system determines my competency. And being housed in interracial housing one of many Deliberate Indifference.* **Farmer v. Brennan 511 U.S. 825 (1994) Estelle v. Gamble 429 U.S. 97 103(1976)**
I have tried for repeated attempts to address the pain level and am treated as if the injury was not that bad. On 5-25-17 after five requests Sheriffs finally took me down to get follow up X rays done. And took off of Flexarill muscle relaxer and been months since given pain medication that works such as hydrocodone. And as far as ear surgery or hearing aid not ever addressed in the exhaustion of administrative remedies(Grievances) I have used.
On 4-28-17 while at court person who internal affairs said did assault is not separated from me as we both went to courtroom 5-C. Showing yet another Deliberate Indifference due to my charges of crimes against police. **Farmer v. Brennan 511 U.S. 825 (1994)**

## V.
## EXHAUSTION OF LEGAL REMEDIES

Grievance #16-14965 Dated March 11th of 2017. Medical staff did start pain medication again no admittance of injury to Ear or permanent back problem.
Grievance #16-14957 Dated march 18th of 2017. Never really actually answered. One of many Deliberate Indifference acts by both medical staff and sheriffs department.
Grievance #17-39736 Dated April 4th of 2017. Stating they are doing pain management and I have up coming hearing and X-rays.
Grievance #17-39944 dated April 28th of 2017. Stated attempt to resolve issue out of court UNFOUNDED ACCESS. After Denver Health ear, nose, and throat specialist found 50% loss

of hearing, with permanent ringing in right ear.
Grievance # 17-39992 Dated May 15th of 2017. Wanting to know about pain medication and if they plan to fix what happened in there custody along with request via follow up medical kite # 17-43496. a back is getting worse and hearing still gone.
Grievance #17-39962 Dated May 18th of 2017. Request for $7.00 back from being charged for follow up kite #17-43496.
Denver Sheriff's Department Internal Affairs Bureau Investigation#S2017-0054. I openly thought due to lack of criminal investigation and since I tried to see if I had a keep Separate it was a police or sheriff who assaulted me. Cause under the fictitious Zero tolerance for violence policy at DSD. I thought there would have been a actual investigation into such a savage beating for no reason. But like the Denver Sheriff's Mission statement the zero tolerance only applies to people who do not have crimes against law enforcement officers. As a most basic keep separate or request for medical assistance immediately after where not adhered to. **Which only solidify Deliberate Indifference claims to be accurate**

## VI.
## LEGAL CLAIMS
**Americans with Disabilities Act**
42 U.S.C. 12101-12213
**Rights to Medical Care 8th amendment**
Estelle v. Gamble 429 U.S. 97 103(1976)
**Deliberate Indifference**
Wilson v. Seiter, 501 U.S. 294 (1991)
Farmer v. Brennan 511 U.S. 825 (1994)
Vance v. Peters 97 F.3d 987(7th Cir. 1996)
Gutierrez v. Peters 111 F.3d 1364, 1369(7th Cir.1997)

Plaintiff alleges Denver Sheriffs Department of Deliberate Indifference in respect to not keeping Shawn William Scott via Keep Separate from person who assaulted him on 3-5-17 and fact there was no request for medical care by Sheriffs after assault or investigation of assault due to nature of Shawn Scott pending criminal cases of 1st degree Assault on Police and Attempted murder on Police. And fact Shawn Scott was hit from behind and had no knowledge of who hit him as he was knocked unconscious and only found out who did it by Internal Affairs on 4-29-17 (DSD IAB S2017-0054)and was looked in multiple cells with assailant on 4-28-17 not even knowing in danger of possible another assault. The most basic claim to Deliberate Indifference is fact Sheriff staff not only did not investigate such a violent assault but even went as far as to not place keep separate on Mr. Scott and the person who brutally assaulted him. The being a basis finding of clear Deliberate Indifference by sheriff staff as to basic safety **Farmer v. Brennan 511 U.S. 825 (1994)**

Denial to adequate medical care in a reasonable time that which are set down by the United States Constitution 8th Amendment which protects against Cruel and Usual Punishments. And shows Deliberate Indifference of both Medical staff and Sheriff(**Farmer v. Brennan 511 U.S. 825 (1994)**. Fact Doctor Crum stated the fractures in back where on the best possible spots for the least amount of damage. And felt it better not to give narcotics, even though Hospital stated it would be a permanent on going injury as spinal fractures are painful and worsen arthritis will set into damaged joints and bone fractures. **Estelle v. Gamble 429 U.S. 97 103(1976)**

The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

I did request Sheriff's Department Office Of Internal Affairs investigate this situation as I still believe if assailant was not police or sheriff was put up to the assault by police or sheriff's department. That is why there was no investigation or safety measures taken(DSD S2017-0054).

Denial of Mental Health medication Wellbutrin 300mg and Xanex 2mg or Klonipin 2mg. Being a schizophrenic/Bi-polar at risk adult and locked in a tiny square for 22 hours a day with 7 other personality's I need actual medication that works putting me at risk of assault from other inmates as I have very odd behavior and annoying habits due to mental health issues which I tried to get both medications for. **42 U.S.C. 12101-12213 Americans with Disabilities Act**

## VII.
## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this court enter a judgment granting plaintiff a declaration that acts omissions described herein violated plaintiffs rights under the Constitution and laws of the United States.

A declaration that the acts and omission described herein violated plaintiff's rights under the Constitution and Laws of the United States of America.

A preliminary and permanent injunction ordering defendants Patrick Firman, Crum, C. Rogers to order ear surgery, and or hearing aid for right ear. As well as prescribe pain med for back Hydrocodone 10mg 4 times a dayand if possible fix back. Prescribe ADHD medication to help in living around other inmates (Wellbutrin) and PTSD medication Xanex 2mg or Klonipin 2mg. As well as actual M.R.I. Of both right ear and full spinal picture.

Compensatory damages **$10,000**for the loss of hearing and permanent back pain that will never go away and which both will have worsening with age do to injury from placement in there custody. That being said ten thousand dollars is overly fair being the amount of damage, proof of both Sheriff and Medical staff entwined in the lucidly clear act of Deliberate Indifference.(**Farmer v. Brennan 511 U.S. 825 (1994)**

Plaintiffs $7.00 for overcharge on follow up kite#17-43496. As well as $3.39 for 6 stamps and 1 envelope $0.07 to order "the jailhouse lawyer handbook" from the lawyers guild in New York City. And $7.50 for two bags of Keefe coffee and 3 $5.20 phonecards $15.60 to have forms and Summons and request for legal assistance review. For a total of $33.02added to $10.033.49.

**Total cost in Suit $10.033.49. Ten Thousand and Thirty-three Dollars and Forty-Nine cents.**

Dated 5-1-17

Respectfully Submitted,

*[signature]*

Shawn William Scott
#484874
P.O. Box 1108

## VERIFICATION

I have read the foregoing complaint and hereby verify that the maters alleged therein are true, except as to the maters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Denver Downtown Center
490 West Colfax Ave
Denver, Colorado 80204
on_____

State of Co, County of Denver
Signed before me on this 1st day
of June 2017 by Shawn Scott
Notary Public _[signature]_

JASON EVANS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154003466
MY COMMISSION EXPIRES JANUARY 26, 2019

_[signature]_
**Signature**
**Shawn William Scott**
**#484874**
**P.O. Box 1108**
**Denver, CO 80201**
**Plaintiff**