# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01364-KLM
(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 24 2017**

JEFFREY P. COLWELL
CLERK

Shawn William Scott , Plaintiff,

v.

Christopher C. Fergus (Audiologist),

Joe A. Montoya (Denver Police),

Jodi Blair (Denver Sheriff),

Dr. Crum (Primary Care Physician at Jail),

Ryan Lawless, MD,

Micheal J. Jarrett, MD,

Dennis McCormick (OIM Deputy).

_____, Defendant(s).

(List each named defendant on a separate line.)

## PRISONER COMPLAINT

(Rev. 1/30/07)

## A. PARTIES

1. <u>Shawn Scott #484874</u>
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   <u>PO Box 1108 Denver Co 80201</u>

2. <u>Christopher F. Fergus Audiologist Denver Health</u>
   (Name, title, and address of first defendant)
   <u>777 Bannock St Denver Co 80204</u>
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes __ No (CHECK ONE). Briefly explain your answer:
   <u>Works as Audiologist for DENVER HEALTH and neglect in trying Hearing Aid, and making Appointment</u>

3. <u>JOE A. MONTOYA COMMANDER DENVER POLICE IAB</u>
   (Name, title, and address of second defendant)
   <u>1331 Cherokee St Denver Co 80204</u>
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes __ No (CHECK ONE). Briefly explain your answer:
   <u>ON 5-19-17 came and showed video of Assault, But failed to investagate and charge. As I though it was Police for their Lack of investagation prior to my requests PS 2017-0016</u>

4. <u>JODI BLAIR Major Denver Sheriff IAB</u>
   (Name, title, and address of third defendant)
   <u>5440 Roslyn St Suite 300 Denver Co 80216</u>
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes __ No (CHECK ONE). Briefly explain your answer:
   <u>Knew I was assaulted with injury in there Custody I Believed it was Denver Sheriff or Police Cause I was Never Questioned #S2017-0054</u>

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                                              2

A. PARTIES

5. DR CRUM (Primary Care Physician for Jail)
490 W Colfax AVE Denver Co 80204
Color of Law  X Yes  _ No
He is the Primary Care Physician He and He alone neglected Doctor Order upon my discharge from Denver Health

6. Ryan Lawless Medical Doctor (Attending Doctor)
777 Bannock ST Denver Co 80204
Color of Law  X Yes  _ No
He gave follow-up orders that where neglect which I address with primary care physician DR Crum

7. Micheal J Jarrett MD (Dischargin Doctor)
777 Bannock ST Denver Co 80204
Color of Law  X Yes  _ No
As well gave follow up request for Surgery Dept not followed By DR Krum

8. Denis McCormick Deputy Monitor OIM
101 W Colfax AVE Denver Co 80202
Color of Law  X Yes  _ No
Works for State and Knew I was assaulted While in custody and Sheriff refused to investagae

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

   [X] 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   [ ] 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

   _____

   _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

Medical Staff neglect Hearing loss, Spinal Damage, and PTSD And failed to follow Discharge orders, and Follow up Audiologist care. Plaintiff openly requested investagation of Assult filed Several Grievance and Internal Affairs Complaints. Which Joe A Montoya Knew about on Correspondance from May 19 of 2017 where I addressed thinking it was either Police or Sheriff due to the lack of investagation into it. It was also made Known to JODI Blair on July 6th of 2017. And to Denis McCormick with the office of the INDEPENDANT MONITOR on May 31 of 2017, But still not charged or investagated. How do I Know I have not Been Questioned & or Charges Brought

(Rev. 1/30/07)                                 3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: **Failure to Investigate Assault**

   Supporting Facts: I exhausted my Remedy's with Grievance's to try to get the Denver Sheriff to investigate a assault on March 5th of 2017. It was know I wanted it done from Grievance's and Internall Affairs Complaint #S2017-0054 and Denver Police IAB Complaint PS2017-0016. On May 12th 2017 Denver Police Sgt Ryan McGinty did a follow up investagation showing me a video and only carried it I knew after showing video that it was a inmate, Stating Office did not violate Dept Policy By not persuing charges. Which goes against Sheriff Dept order 4300.1P Section F Answered by Joe A Montoya. And was told to follow up with Independan Monitor. Funny there is a video of me being Beat and Denver Sheriff refuse to charge and say that is Policy

(Rev. 1/30/07)                    4

2. Claim Two: <u>Failure to Release Info to courts</u>
Supporting Facts: I got a letter from the Denver Sheriff who said they saying after a thorough investigation. It said Evidence supported all action where taken to provide me with standard of care to address concerns. This from Major Jodi Blair, That standard of care was to not investigate, charge or Do Medical That letter Recieved on July 6th 2017 Seems to be a lot of cover up if not a under cover Police or Sheriff since I tried to address issue via Grievance's and complaints, and still not Ever Question

(Rev. 1/30/07)                    5

3. Claim Three: <u>Lack of Medical</u>

Supporting Facts: DR Crum and Denver Sheriff Primary Care has overcharged me $1400 for follow-up for Hearing loss and Back Pain. They lie about follow up at Hospital not Done, And No MRI for Spine. Audiologist Fergus said there was hearing loss but never tried Hearing aid. I have filed ten of Grievances to try to get proper Medical care for Back Pain

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? __ Yes __ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: Colorado Public Defenders

2. Docket number and court name: 17-000698-GPG

3. Claims raised in prior lawsuit: withholding Discovery Refusal to proceed

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): Dissmissed

5. If the prior lawsuit was dismissed, when was it dismissed and why? Lack of Jurisdiction

6. Result(s) of any appeal in the prior lawsuit:

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   X Yes __ No (CHECK ONE).

2. Did you exhaust available administrative remedies? X Yes __ No (CHECK ONE).

(Rev. 1/30/07)                              7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

Hearing Aid
MRI & Medical
PTSD therapy
Damages of Life long hearing loss
And new increased Stress

$310,433.49

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  11-22-17
(Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)                          8